# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERESA MIRLL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-1143-G |
| ) | |
| STATE OF OKLAHOMA ex rel. ) | |
| UNIVERSITY OF CENTRAL ) | |
| OKLAHOMA et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 3) filed by Defendant State of Oklahoma *ex rel.* University of Central Oklahoma. The Motion seeks dismissal of the claims asserted in Plaintiff's initial Complaint (Doc. No. 1-1). On January 7, 2020, Plaintiff timely filed an Amended Complaint (Doc. No. 4). *See* Fed. R. Civ. P. 15(a)(1)(B). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 3) is DENIED AS MOOT.

IT IS SO ORDERED this 8th day of January, 2020.

_____
CHARLES B. GOODWIN
United States District Judge