## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **TERESA MIRLL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-19-1143-G** |
| | ) | |
| **STATE OF OKLAHOMA** *ex rel.* | ) | |
| **UNIVERSITY OF CENTRAL** | ) | |
| **OKLAHOMA et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

On June 8, 2020, Defendants filed a Notice of Appeal (Doc. No. 28) of the Order issued by the Court on June 4, 2020.  Now before the Court is the Motion to Stay Case (Doc. No. 30) filed by Defendants.  Plaintiff has responded that she has no objection to Defendants' request to stay proceedings.  *See* Doc. No. 34.

Having reviewed the filings, the Court finds good cause to enter a stay until the Tenth Circuit has issued its decision on the matters raised in Defendants' appeal.  *See Walker v. Orem*, 451 F.3d 1139, 1146 (10th Cir. 2006); *Joritz v. Univ. of Kan.*, No. 17-4002-SAC, 2019 WL 2207951, at *1 (D. Kan. May 22, 2019).

IT IS THEREFORE ORDERED that the unopposed Motion to Stay Case (Doc. No. 30) is GRANTED.  All pretrial matters are stayed pending disposition of Defendants' appeal.  The status and scheduling conference currently set for June 16, 2020, is STRICKEN, to be reset at a later date.

IT IS SO ORDERED this 12th day of June, 2020.

CHARLES B. GOODWIN
United States District Judge